*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*



## MEMORANDUM OPINION

No. 04-08-00539-CV

**IN THE INTEREST OF R.R.R.**, et al.

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-PA-00866
Honorable Richard Garcia, Judge Presiding

PER CURIAM

Sitting:        Sandee Bryan Marion, Justice
                Phylis J. Speedlin, Justice
                Rebecca Simmons, Justice

Delivered and Filed:   February 25, 2009

DISMISSED FOR WANT OF PROSECUTION

This is an accelerated appeal from a judgment terminating appellant's parental rights. The trial court found the points on which appellant intends to appeal to be frivolous. On November 6, 2008, this court ordered appellant to provide written proof to this court that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. Our order informed appellant that if he failed to respond within the time provided, the court would consider only those issues raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c). Appellant did not respond to our order. On December 4, 2008, we ordered appellant to file a brief on the issue

of whether the appeal is frivolous. Neither a brief nor a motion to extend time was filed. Appellant is represented on appeal by retained attorney Orlando Kell. Because Mr. Kell did not respond to any of this court's orders, on January 15, 2009, this court ordered Mr. Kell to show cause in writing why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b). Our order informed Mr. Kell that if he did not respond by January 26, 2009, this appeal would be dismissed for want of prosecution. *Id.* No response has been filed. Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b). Costs of appeal are taxed against appellant.


PER CURIAM